IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MASON BLAIR                                                                                            PLAINTIFF

V.                              CASE NO.: 2:20-CV-00161 (LPR)

DONALD F. DELINE AND
DELINE FARMS SOUTH                                                                       DEFENDANTS

### MOTION FOR SUMMARY JUDGMENT
### BY DEFENDANT DELINE FARMS SOUTH

Comes now separate defendant, Deline Farms South, by and through its attorneys, and for its Motion for Summary Judgment, states:

1. Plaintiff Mason Blair (hereinafter "Plaintiff") has sued Deline Farms South for injuries alleged to have occurred during a tractor-trailer rollover which occurred on October 11, 2018, in Phillips County, Arkansas.

2. Plaintiff has sued Deline Farms South under theories of negligence, failure to provide workers compensation insurance, negligent entrustment, and negligent supervision. Plaintiff requests both compensatory and punitive damages.

3. Defendant Deline Farms South now moves for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, on Plaintiffs' claims of failure to provide workers compensation insurance, negligent entrustment, negligent supervision, and as to the Plaintiff's claim for punitive damages.

4. Summary Judgment is appropriate as Plaintiff can present no proof sufficient to carry the aforementioned claims to trial and there is no dispute as to any material fact relating to

the Plaintiff's claims of failure to provide workers compensation insurance, negligent entrustment, and negligent supervision.

5. Furthermore, discovery has revealed that the Plaintiff can offer no proof sufficient to base a claim for punitive damages, under Arkansas Law.

6. In support of this Motion, Deline Farms South has filed a Brief in Support, Exhibits, and a Statement of Undisputed Material Facts which are incorporated herein as if re-stated word-for-word.

WHEREFORE, separate defendant, Deline Farms South, prays that this Court grant its Motion for Summary Judgment, as set forth herein; and for all other relief to which he is entitled.

Dated: August 31, 2021.

Respectfully submitted,

Mr. Joe Perry (88191)
DAGGETT & PERRY, PLLC
P.O. Box 389
Marianna, AR 72360
8708-295-3434
joe@daggettlaw.com

Mr. Grant Ballard (2011185)
ARK AG LAW, PLLC
724 Garland Street
Little Rock, AR 72201
870-747-3813
gballard@arkaglaw.com

/s/ Grant Ballard
Grant Ballard

*Attorneys for Deline Farms South*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 31st day of August, 2021, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record:

Mr. Jeffrey W. Puryear (93109)
WOMACK PHELPS
PURYEAR MAYFIELD & McNEIL, P.A.
P.O. Box 3077
Jonesboro, AR 72403
(870) 932-0900
jpuryear@wpmfirm.com


Mr. Louis Etoch
Mr. John M. Landis
ETOCH LAW FIRM
221 W. 2nd St., Ste. 312
Little Rock, AR 72201